UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PALM BEACH MARITIME MUSEUM, INC.,
         Plaintiff,

  -against-              19 **CIVIL** 908 (LAP)

## JUDGMENT

HAPOALIM SECURITIES USA, INC., a
foreign corporation, EDWARD CHAN,
PATRICIA AGUIAR, FABIO D'ASCOLA, and
BILL BURCKHART,
         Defendants.
----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 10, 2019, Defendants' motions to dismiss the federal securities claims under the 1934 Act with prejudice are granted. All other claims, including the state securities law claims, are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
    April 11, 2019

                       RUBY J. KRAJICK

                       Clerk of Court
           **BY:**
                       */s/ Mango*
                      **Deputy Clerk**